No. 706, Misc.  DUNCAN v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 711, Misc.  BAXTON v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 731, Misc.  ARCHIE v. BIBB, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL.  Supreme Court of Illinois.  Certiorari denied.

No. 944.  EVANS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  *William Earl Badgett* for petitioner.

No. 951.  SHINABERRY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *George A. Meekison* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 961.  FLYNN & EMRICH Co. v. GREENWOOD ET AL. C. A. 4th Cir.  Certiorari denied.  *Charles G. Page* for petitioner.  *Harold F. Watson* for respondents.

No. 908.  LEONARD v. UNITED STATES.  Court of Claims. Certiorari denied.  *Richard T. Brewster, George Edward Leonard* and *Eberhard P. Deutsch* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 909.  HOHENSEE ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *P. Bateman Ennis* for peti-